# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1337
LT Case No. 2018-CF-000058

_____

MICHAEL C. CUMMINGS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Michael C. Cummings, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah
A. Chance, Assistant Attorney General, Daytona Beach, for
Appellee.


May 21, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, WALLIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____